UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HOWARD WITKOWSKI , <br><br>  Petitioner(s), <br> v. <br><br> JASON BENNETT, <br><br>  Respondent(s). | CASE NO. C24-5812-KKE <br><br> ORDER ADOPTING REPORT & RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, and the remaining record,[1] the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED and the action is DISMISSED with prejudice.

(3)   A certificate of appealability is DENIED.

Dated this 1st day of July, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] Judge Theresa Fricke provided Petitioner 14 days to file written objections.  Dkt. No. 20.  Petitioner has not responded or filed any opposition to the Report and Recommendation.

ORDER ADOPTING REPORT & RECOMMENDATION - 1